DEPARTMENT OF LABOR v. TITAN CONSTRUCTION.

January 29, 1985.

Petition for certification granted.

J.R. v. M.W.

January 29, 1985.

Petition for certification denied.

JOYCE A. LANGTON v. JAY S. REIBEL.

January 29, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. IVORY LEE DAVIS.

January 29, 1985.

Petition for certification denied.